UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

VINCENT TORRE, JR.,                           )
                                              )
           Plaintiff                          )
                                              )
v.                                            )        2:25-cv-00626-LEW
                                              )
CARLOS DIAZ, Assistant District Attorney,     )
in his individual capacity,                   )
                                              )
           Defendant

**ORDER AFFIRMING RECOMMENDED DECISION
AND ENJOINING THE FILING OF
CERTAIN FURTHER CASES WITHOUT
ADVANCE JUDICIAL AUTHORIZATION**

On January 27, 2026, the United States Magistrate Judge filed with the court, with copies to Plaintiff, her Recommended Decision (ECF No. 8) on Plaintiff's Complaint dated January 9, 2025, recommending that the Complaint be dismissed (ECF No. 8).  The plaintiff filed his Objection (ECF No. 9) to the Recommended Decision on February 4, 2026.  I have reviewed and considered the Recommended Decision, together with the entire record, including the additional attachments (ECF Nos. 10 and 11); I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

Vincent Torre, Jr. was issued Cok warnings in cases 2:25-cv-118-NT, 2:25-cv-127-NT, 2:25-cv-128-NT, and 2:25-cv-132-NT.  Furthermore, he was subjected to a restriction in case 2:25-cv-429-LEW (ECF No. 24 at 22) "pertaining to all future filings in this Court against the State of Maine, Maine DHHS, and official capacity claims that seek relief designed to overturn or nullify state court criminal and parental rights proceedings and rulings or to expunge related records while

those proceedings remain pending." In that same order, the Court also dismissed claims against Defendant Carlos Diaz. *Id.* at 16. Given the history, I now conclude that a filing restriction is warranted so that the Court can review and consider any future complaints in a less formal fashion than has been observed to date, docketing and advancing only those matters that warrant service on a defendant, without engaging with Plaintiff in the back and forth of screening recommendations and objections.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** (ECF No. 8) and the case is DISMISSED. The filing restriction against Mr. Torre is widened as follows: Mr. Torre is enjoined from filing new complaints in the District of Maine without first obtaining the Court's permission by showing that he is not seeking damages from an immune person or entity or improperly seeking to interfere with a state court case. If Vincent Torre, Jr. wishes to appeal this Order, he shall file a paper notice of appeal with the Clerk's Office of this Court within the time allowed by the Federal Rules of Appellate Procedure.

**SO ORDERED.**

Dated this 3rd day of April, 2026.

 /s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE

2